1   KATHLEEN MAYLIN (SBN 155371)
    TIMOTHY C. TRAVELSTEAD (SBN 215260)
2   JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
3   San Francisco, California 94105
    Telephone:  (415) 394-9400
4   Facsimile:  (415) 394-9401

5   Attorneys for Defendant
    MICRODENTAL LABORATORIES
6

7

8                       UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11  GERALD REESE,                          No. C 06 5873 SBA

12                    Plaintiff,
                                           **FINAL JUDGMENT**
13         v.

14  MICRO DENTAL LABORATORIES,

15                    Defendant.

16

17

18         On August 24, 2007, Defendant Micro Dental Laboratories filed a motion for

19  summary judgment.  On October 10, 2007, the Court issued its opinion and order granting

20  summary judgment and terminating the case.

21         On October 23, 2007, Defendant Micro Dental Laboratories filed a Bill of Costs in

22  the amount $2,990.45.

23         On November 6, 2007, Plaintiff Gerald Reese filed a Notice of Appeal challenging

24  this Court's decision to grant summary judgment to Defendant.

25         On April 23, 2009, the Ninth Circuit Court of Appeals affirmed this Court's

26  decision to grant summary judgment to Defendant.  On May 19, 2009, the Ninth Circuit

27  Court of Appeals issued the Mandate affirming the decision of this Court.  On May 20,

28

1    2009, the Clerk of the Ninth Circuit Court of Appeals issued a letter spreading the

2    Mandate.

3          Plaintiff has taken no action to oppose Defendant's Bill of Costs since it was filed

4    in October 2007.

5          Therefore,

6

7    **IT IS ADJUDGED** that:

8          1.  Defendant Micro Dental Laboratories have judgment against Plaintiff Gerald
              Reese;

9

10         2.  Plaintiff Gerald Reese take nothing by way of its complaint in this action; and

11         3.  Defendant Micro Dental Laboratories recover its costs from Plaintiff Gerald
              Reese in the amount of $2990.45.

12

13

14

15

16   DATED: 7/6/09                          _____
                                            United States District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] FINAL JUDGMENT                                    Case No. C 06 5873 SBA